*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  Chapter: 13

    Laurence Steinberg

               Debtor(s)    Bankruptcy No: 22−10141−elf

***O R D E R***

**AND NOW,** this 21st day of January 2022 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Atty Disclosure Statement due 02/3/2022.
    Chapter 13 Plan due by 02/3/2022.
    Schedules AB−J due 02/3/2022.
    Statement of Financial Affairs due 02/3/2022.
    Summary of Assets and Liabilities Form B106 due 02/3/2022.
    Means Test Calculation Form 122C−2 − If Applicable − Due: 2/3/2022 .
    Chapter 13 Statement of Your Current Monthly Income Form 122C−1 Due 2/3/2022

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

               By the Court

               Eric L. Frank
               Judge , United States Bankruptcy Court