UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Laurence Steinberg           : CHAPTER 13
                                                 :
           Debtor                :
                                                 : NO. 22-10141 ELF

### ORDER GRANTING A SECOND EXTENSION OF TIME TO COMPLETE AND FILE SCHEDULES AND STATEMENT OF AFFAIRS

The Debtor has filed a Second Motion for Extension of Time to File Schedules, Lists and Statement of Financial Affairs. After due deliberation and sufficient cause appearing therefore it is:

ORDERED that the Debtor's Motion is GRANTED and that the Schedules, Lists and Statement of Financial Affairs are to be filed on or before March 5, 2022. (Matrix was filed on January 20, 2022)

_____
                                                                                               J.