**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    LAURENCE  STEINBERG                      Chapter 13

                Debtor                 Bankruptcy No. 22-10141-ELF

## CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

**AND NOW** comes, Kenneth E. West, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to comply with 11 U.S.C. Section 521(a)(1)(B)(iv) by not filing copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition by debtor(s) from any employer of debtor(s).

The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

The standing trustee consents to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

**WHEREFORE**, Kenneth E. West, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                       Respectfully submitted,

                                       /s/ Kenneth E. West
                                       _____
                                       Kenneth E. West, Esquire
                                       Chapter 13 Standing Trustee
                                       P.O. Box 40837
                                       Philadelphia, PA 19107
                                       Telephone: (215)627-1377