**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| LAURENCE  STEINBERG | |
| | |
| **Debtor** | **Bankruptcy No.** 22-10141-ELF |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

 

                                                                                     _____

Dated: 3/4/2022                                                                      Honorable Eric L. Frank
                                                                                         Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 700
PHILA, PA 19102-

Debtor:
LAURENCE  STEINBERG

1256 ROUNDHILL ROAD

BRYN MAWR, PA 19010